JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANDREA MANN,

                    Plaintiff,

          v.

MICHAEL J. ASTRUE,
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                    Defendant.

Case No. EDCV 08-1338 AN

JUDGMENT

      For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and that this action is dismissed with prejudice.

DATED:     July 24, 2009                          /s/ Arthur Nakazato
                                              ARTHUR NAKAZATO
                                      UNITED STATES MAGISTRATE JUDGE